**Bobbie N. HILL, Larry Gage, Plaintiffs–Appellees,**

v.

**William Randy CLARK, Defendant–Appellant.**

**No. 13–10200**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 9, 2013.

Timothy W. Boyd, The Boyd Law Group, Suwanee, GA, Dale A. Calomeni, Calomeni & Associates, LLC, Joshua David Rand, Rand & Associates, LLC, Roswell, GA, for Plaintiffs–Appellees.

G. Keith Clark, G. Keith Clark, PC, Decatur, AL, G. Hammond Law, III, Whitmer & Law, Gainesville, GA, for Defendant–Appellant.

Before HULL, JORDAN, and HILL, Circuit Judges.

PER CURIAM:

William Randal Clark appeals the denial of his motion for attorneys' fees, which he filed a year and a day after the plaintiffs herein filed their notice of voluntary dismissal of this action. In a 34–page opinion in which he recounted the facts of this case with which he was personally and thoroughly familiar, Judge O'Kelley denied the motion as untimely. In his opinion, Judge O'Kelley considered and rejected every possible legal theory under which Clark might be entitled to recover such fees. We can find nothing to add to this careful examination of Clark's motion. Accordingly, the decision of the district court denying Clark's motion for attorneys' fees is hereby

AFFIRMED.